**Lawrence WILDER, Plaintiff–Appellant,**

v.

**WILMINGTON NORTH CAROLINA POLICE DEPARTMENT; Chief Ralph Evangelous, Wilmington North Carolina Police Department; Wanda Copley, County Attorney; Benjamin David, District County Office; Unknown Wilmington North Carolina Police Officer, Defendants–Appellees.**

No. 14–2406.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 19, 2015.

Lawrence Verline Wilder, Sr., Appellant Pro Se.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Wilder appeals the district court's order dismissing his Fed.R.Civ.P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wilder v. Wilmington N.C. Police Dep't,* No. 7:09–cv–00036–BO (E.D.N.C. Dec. 9, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*